THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLIE OBALLE,<br>charged as CHRISTOPHER ERIK OBALLE,<br><br>  Defendant. | No. CR25-165-TL<br><br>ORDER AMENDING DOCKET |

THE COURT, having considered Allie Oballe's unopposed motion to amend the docket, and the records and files in this case, hereby GRANTS the motion.

It is ordered that the docket shall be amended to reflect the defendant's true legal name as Allie Catherine Oballe. The name Christopher Erik Oballe will be listed as her "also-known-as" name.

Dated this 16th day of January, 2026.

*[signature]*

Tana Lin
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Allie Oballe,
charged as Christopher Erik Oballe

ORDER AMENDING DOCKET
(*United States v. Oballe*, No. CR25-165-TL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100